Frances M. O'Meara - SBN 140600
Stephen Caine - SBN 119590
Hao Nguyen - SBN 222008
**THOMPSON COE & O'MEARA, LLP**
12100 Wilshire Boulevard, Suite 1200
Los Angeles, California 90025
Telephone: (310) 954-2400
Facsimile: (310) 954-2345

Attorneys for Defendant COALITION AMERICA HOLDING CO., INC., and COALITION AMERICA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJIV GOEL, MD,<br><br>  Plaintiff,<br><br>  vs.<br><br>COALITION AMERICA HOLDING COMPANY, INC.; COALITION AMERICA, INC.; CIGNA HEALTHCARE OF CALIFORNIA; HEALTH NET LIFE INSURANCE COMPANY; HEALTH NET OF CALIFORNIA, INC.; TC3 HEALTH, INC.; DOES 1 to 50 inclusive<br><br>  Defendants. | Case No.: CV11-02349 JGB (Ex)<br><br>Assigned: Hon. Jesus G. Bernal<br>Courtroom 1<br><br>Complaint Filed: February 10, 2011<br>Trial Date: None Set<br><br>**JUDGMENT IMPOSING AWARD OF MONETARY SANCTIONS UNDER *F.R.Civ.P.* 11** |

Summary judgment was granted in favor of Defendant Coalition America, Inc., and against Plaintiff Sanjiv Goel, M.D., on December 19, 2012. (Document no. 144.)

Defendant Coalition America, Inc., filed a motion for sanctions pursuant to *F.R.Civ.P.* 11 against Plaintiff Sanjiv Goel, MD, and Plaintiff's counsel at the time, Nicholas Van Parys, on December 20, 2012. (Document no. 145.)

The Court granted Coalition America, Inc.'s motion for sanctions pursuant to *F.R.Civ.P.* 11 against Plaintiff Sanjiv Goel, M.D., and Plaintiff's former

counsel, Nicholas Van Parys, on February 26, 2013.  The amount of the monetary sanction was to be determined pursuant to further briefing.  (Document no. 157.)

After considering the further briefing and evidence submitted by Defendant, on July18, 2014, this Court filed its Order awarding Coalition America, Inc., $84,793.50 in attorneys' fees and $2,653.31 in costs as a sanction as against Sanjiv Goel, M.D., and Nicholas Van Parys, jointly and severally, pursuant to *F.R.Civ.P.* 11.  (Document no. 178.)

Now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment shall be, and hereby is, entered in favor Defendant Coalition America, Inc., and against Sanjiv Goel, M.D., and Nicholas Van Parys, jointly and severally, in the sum of $\underline{\$87,446.81}$ (representing the $84,793.50 in attorneys' fees and $2,653.31 in costs awarded as a sanction under *F.R.Civ.P.* 11 (Document no. 178)).

Postjudgment interest shall accrue on that sum as specified in the attached memorandum.

Dated:  August 19, 2014

By: _____
Hon. JESUS G. BERNAL, Judge
UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT OF
CALIFORNIA

# MEMORANDUM REGARDING CALCULATION AND ADDITION OF POSTJUDGMENT INTEREST
## (L.R. 58-7)

PLEASE TAKE NOTICE: Interest has accrued on the sum awarded in this judgment pursuant to 28 *U.S.C.* § 1961(a). Postjudgment interest on the sum awarded will accrue and be added to the judgment at the rate of 28.75 cents per day for each day after judgment is entered.

Postjudgment interest is calculated at the rate of 0.12% per annum (the listed rate for U.S. Treasury bills, 1-year constant maturity, for the current week, at: http://www.federalreserve.gov/releases/h15/current/ ). $87,446.81 *x* .12 = $104.9362 interest per annum; / 365 = 28.75 cents interest per day.